# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO GALVAN, JR.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMMS,<br><br>　　　　　　Defendant.<br>_____/ | Case: No. 1:11-cv-00326-GBC (PC)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE FILED ON JUNE 8, 2011<br><br>(Doc. 6) |

　　　Rogelio Galvan, Jr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 25, 2011, Plaintiff filed his original complaint. (Doc. 1). In the original complaint, Plaintiff conceded that he has not exhausted administrative remedies. (Doc. 1 at 2). On June 8, 2011, the Court issued an Order to Show Cause regarding Plaintiff's concession that he did not exhaust administrative remedies.

　　　On June 21, 2011, Plaintiff responded to the Court's Order to Show Cause explaining that he did, in fact, attempt to exhaust remedies with the proper administrative agency. (Doc. 7). Plaintiff argues that he should be excused from the exhaustion requirement because the Fresno Sheriff's Department never answered his grievance. (Doc. 7). Given Plaintiff's assertions which gives rise to a factual dispute which cannot be decided at this time, the Court will discharge its Order to Show Cause.

///

///

1 | Based on the foregoing, the Court HEREBY ORDERS that the Court's Order to Show Cause filed on June 8, 2011 is discharged.

IT IS SO ORDERED.

Dated: June 24, 2011

UNITED STATES MAGISTRATE JUDGE