# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO GALVAN, JR., | Case No. 1:11-cv-00326-SAB (PC) |
| Plaintiff, | ORDER DISMISSING THIS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| MARGARET MIMMS, et al., | (ECF No. 14) |
| Defendants. | |

Plaintiff Rogelio Galvan, Jr. ("Plaintiff") is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 10, 2013, the Court issued an order requiring Plaintiff to either file an amended complaint or to notify the Court of his willingness to proceed only on cognizable claims.  (ECF No. 14.)  Plaintiff was given thirty days to respond to the order and was cautioned that the failure to do so would result in the dismissal of this action.  More than thirty days has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  Local Rule 110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  Accordingly,

IT IS HEREBY ORDERED that:

1.    This action be dismissed, without prejudice, based on Plaintiff's failure to obey a

1

Court order; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 5, 2013**

_____
UNITED STATES MAGISTRATE JUDGE